1  KRISTOPHER KASTENS (State Bar No. 254797)
   KRAMER LEVIN NAFTALIS & FRANKEL LLP
2  333 Twin Dolphin Drive, Suite 700
   Redwood Shores, CA 94065
3  Telephone: (659) 752-1700
   Facsimile: (650) 752-1800
4  Email: kkastens@kramerlevin.com

5  *Attorneys for Defendant Daniel J. Beck*

6  [Additional Counsel on Signature Page]

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIM STEVENSON and HOWARD TARLOW, individually and on behalf of all others similarly situated, <br><br>    Plaintiffs, <br><br> v. <br><br> GREG W. BECKER, DANIEL J. BECK, ROGER F. DUNBAR, KAREN HON, ERIC A. BENHAMOU, JOHN S. CLENDENING, RICHARD D. DANIELS, ALISON DAVIS, JOEL P. FRIEDMAN, JEFFREY N. MAGGIONCALDA, BEVERLY KAY MATTHEWS, MARY J. MILLER, KATE D. MITCHELL, JOHN F. ROBINSON, GAREN K. STAGLIN, and KPMG LLP, <br><br>    Defendants. | Case No. 4:23-cv-02277-HSG <br><br> **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINTS** |
| STEPHEN ROSSI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br>    Plaintiff, <br><br> v. <br><br> GREG W. BECKER, DANIEL J. BECK, ROGER F. DUNBAR, KAREN HON, ERIC A. BENHAMOU, JOHN S. CLENDENING, RICHARD D. DANIELS, ALISON DAVIS, JOEL P. FRIEDMAN, JEFFREY N. MAGGIONCALDA, BEVERLY KAY MATTHEWS, MARY J. MILLER, KATE | Case No. 3:23-cv-02335-TLT |

1  D. MITCHELL, JOHN F. ROBINSON,
2  GAREN K. STAGLIN, KPMG LLP,
   BENHAMOU GLOBAL VENTURES,
3  LLC, FIFTH ERA, LLC, AND SCALE
   VENTURE PARTNERS,
4
5              Defendants.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Kim Stevenson, Howard Tarlow, and Stephen Rossi ("Plaintiffs"), and Defendants Greg W. Becker, Daniel J. Beck, Roger F. Dunbar, Karen Hon, Eric A. Benhamou, John S. Clendening, Richard D. Daniels, Alison Davis, Joel P. Friedman, Jeffrey N. Maggioncalda, Beverly Kay Matthews, Mary J. Miller, Kate D. Mitchell, John F. Robinson, Garen K. Staglin, Benhamou Global Ventures, LLC, Fifth Era, LLC, Scale Venture Partners and KPMG LLP ("Defendants"), by and through their undersigned counsel, submit the following stipulation to extend the time within which to answer or otherwise respond to the complaints in the above-captioned actions.

WHEREAS, on or about April 10, 2023, Plaintiffs Kim Stevenson and Howard Tarlow filed a putative securities class action complaint against certain of the Defendants in the Superior Court of California, County of Santa Clara (the "State Court"), captioned *Stevenson and Tarlow v. Becker, et al.,* No. 23-cv-413949 (the "*Stevenson* Action");

WHEREAS, on April 14, 2023, Plaintiff Stephen Rossi filed a complaint in the State Court, Case No. 23-cv-414120 (the "*Rossi* Action", together with the *Stevenson* Action, the "State Actions"), asserting substantially similar claims against the overlapping Defendants, and also naming as Defendants Benhamou Global Ventures, LLC, Fifth Era, LLC, and Scale Venture Partners;

WHEREAS, all Defendants in both State Actions have accepted or agreed to waive service;

WHEREAS, in both State Actions, the State Court entered an Order Deeming Case Complex and Staying Discovery and Responsive Pleading Deadline (attached hereto as **Exhibits A and B**), ordering, among other things: (1) that the "Parties shall not file or serve responsive pleadings, including answers to the complaint, motions to strike, demurrers, motions to change venue and cross-complaints until a date is set at the First Case Management Conference for such filings and hearings"; and (2) that "the service of discovery and the obligation to respond to any outstanding discovery is stayed";

WHEREAS, on May 10, 2023, certain of Defendants removed the *Stevenson* Action to this Court pursuant to 28 U.S.C. § 1452;

STIPULATION
CASE NO. 4:23-cv-02277-HSG; CASE NO. 3:23-cv-02335-TLT

1

1    WHEREAS, on May 12, 2023, certain of Defendants removed the *Rossi* Action to this Court
2 pursuant to 28 U.S.C. § 1452;

3    WHEREAS, Plaintiffs in both State Actions contend Defendants' removal was improper, that
4 this Court lacks removal jurisdiction over the State Actions, and Plaintiffs anticipate promptly filing
5 motions to remand the State Actions;

6    WHEREAS, Defendants disagree with Plaintiffs' assertions regarding removal and will
7 oppose any motion to remand;

8    WHEREAS, the Parties have met and conferred, and agree that in the interests of judicial
9 economy, conservation of time and resources, and orderly management of this action, no Defendant
10 shall have any obligation to respond to the complaints in the State Actions until after the Court rules
11 on Plaintiffs' forthcoming motions to remand and a schedule is thereafter set for Defendants to
12 respond.

13    **IT IS ACCORDINGLY STIPULATED**, pursuant to Civil Local Rule 6-1(a), by and
14 between the Parties through the undersigned counsel, that:

15    1.    In entering this Stipulation, neither Plaintiffs nor Defendants waive any rights,
16 defenses, or arguments, all of which are hereby preserved.

17    2.    No Defendant has any obligation to answer or otherwise respond to the complaints in
18 the State Actions prior to a ruling on Plaintiffs' forthcoming motions to remand and a schedule is
19 thereafter set for Defendants to respond.

20    3.    The Parties' obligations under subparts (a) and (f) of Rule 26 of the Federal Rules of
21 Civil Procedure, Rule 16-9 of the Civil Local Rules, and Rule 3-5 of the ADR Local Rules shall
22 currently be suspended at least until after the Court has ruled on Plaintiffs' forthcoming motions to
23 remand.

STIPULATION
CASE NO. 4:23-cv-02277-HSG; CASE NO. 3:23-cv-02335-TLT

2

**IT IS SO STIPULATED.**

DATED: May 17, 2023                    Respectfully submitted,

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

*/s/ Kristopher Kastens*
KRISTOPHER KASTENS (SBN 254797)
(kkastens@kramerlevin.com)
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Tel: (650) 752-1700
Fax: (650) 752-1800

-and-

JENNIFER S. WINDOM (pro hac vice forthcoming)
(jwindom@kramerlevin.com)
2000 K Street NW, 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202) 775-4510

-and-

BARRY H. BERKE (pro hac vice forthcoming)
(bberke@kramerlevin.com)
DARREN A. LAVERNE (pro hac vice forthcoming)
(dlaverne@kramerlevin.com)
DANIEL M. KETANI (pro hac vice forthcoming)
(dketani@kramerlevin.com)
1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

*Counsel for Defendant Daniel J. Beck*

DATED: May 17, 2023                    **ORRICK HERRINGTON & SUTCLIFFE LLP**

*/s/ James N. Kramer*
JAMES N. KRAMER (SBN 154709)
(jkramer@orrick.com)
ALEXANDER K. TALARIDES (SBN 268068)
(atalarides@orrick.com)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5900
Fax: (415) 773-5957

*Counsel for Defendant Greg W. Becker*

STIPULATION
CASE NO. 4:23-cv-02277-HSG; CASE NO. 3:23-cv-02335-TLT

3

| | |
|---|---|
| DATED: May 17, 2023 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| | */s/ Michael A. Mugmon*<br>MICHAEL A. MUGMON (SBN 251958)<br>(michael.mugmon@wilmerhale.com)<br>One Front Street, Suite 3500<br>San Francisco, CA 94111<br>Tel: (628) 235-1000<br>Fax: (628) 235-1001 |
| | MICHAEL G. BONGIORNO (pro hac vice forthcoming)<br>(michael.bongiorno@wilmerhale.com)<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 230-8800 |
| | -and- |
| | TIMOTHY J. PERLA (pro hac vice forthcoming)<br>(timothy.perla@wilmerhale.com)<br>ERIKA M. SCHUTZMAN (pro hac vice forthcoming)<br>(erika.schutzman@wilmerhale.com)<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000 |
| | *Counsel for Defendants Roger F. Dunbar, Eric A. Benhamou, Richard D. Daniels, Alison Davis, Joel P. Friedman, Jeffrey N. Maggioncalda, Beverly Kay Matthews, Mary J. Miller, Kate D. Mitchell, John F. Robinson, Garen K. Staglin, Benhamou Global Ventures, LLC, Fifth Era, LLC, and Scale Venture Partners* |
| DATED: May 17, 2023 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| | */s/ Chris Johnstone*<br>CHRIS JOHNSTONE (SBN 242152)<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Tel: (650) 858-6147<br>Fax: (650) 858-6100 |

STIPULATION
CASE NO. 4:23-cv-02277-HSG; CASE NO. 3:23-cv-02335-TLT

4

|   |   |
|---|---|
|   | PETER G. NEIMAN (pro hac vice forthcoming) (peter.neiman@wilmerhale.com) JESSICA N. DJILANI (pro hac vice forthcoming) (jessica.djilani@wilmerhale.com) 7 World Trade Center 250 Greenwich Street New York, NY 10007 Tel: (212) 230-8800 Fax: (212) 230-8888 |
|   | *Counsel for Defendant Karen Hon* |
| DATED:  May 17, 2023 | **KATTEN MUCHIN ROSENMAN LLP** |
|   | */s/ Bruce G. Vanyo* BRUCE G. VANYO (SBN 60134) (bruce.vanyo@katten.com) RICHARD H. ZELICHOV (SBN 193858) (richard.zelichov@katten.com) 2029 Century Park East, Suite 2600 Los Angeles, CA  90067 Tel: (310) 788-4400 Fax: (310) 788-4471 |
|   | *Counsel for Defendant John S. Clendening* |
| DATED:  May 17, 2023 | **KING & SPALDING LLP** |
|   | */s/ Lisa Bugni* LISA BUGNI (SBN 323962) (lbugni@kslaw.com) 50 California Street, Suite 3300 San Francisco, CA 94111 Tel: (415) 318-1200 Fax: (415) 318-1300 |
|   | RICHARD MAROONEY (pro hac vice forthcoming) (rmarooney@kslaw.com) 1185 Avenue of the Americas, 34th Floor New York, New York 10036-2601 Tel: (212) 556-2100 |
|   | -and- |
|   | KEVIN J. O'BRIEN (pro hac vice forthcoming) (kobrien@kslaw.com) 1180 Peachtree Street, NE, Suite 1600 Atlanta, GA 30309 Tel: (404) 572-4600 |
|   | *Counsel for Defendant KPMG LLP* |

STIPULATION
CASE NO. 4:23-cv-02277-HSG; CASE NO. 3:23-cv-02335-TLT

| | | |
|---|---|---|
| 1 | DATED: May 17, 2023 | **GIRARD SHARP LLP** |

*/s/ Daniel C. Gerard*
DANIEL C. GERARD (SBN 114826)
dgirard@girardsharp.com
ADAM E. POLK (SBN 273000)
apolk@giradsharp.com
JORDAN ELIAS (SBN 228731)
NAMITA DHAWAN (SBN 326639)
601 California Street, Suite 1400
San Francisco, CA 94108
Tel.: (415) 981-4800
Fax: (415) 981-4846

*Counsel for Plaintiffs Kim Stevenson and Howard Tarlow*

DATED: May 17, 2023        **HEDIN HALL LLP**

*/s/ David W. Hall*
DAVID W. HALL (SBN 274921)
dhall@hedinhall.com
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: 415-766-3534
Fax: 415-402-0058

*Counsel for Plaintiff Stephen Rossi*

*I, Kristopher Kastens, am the ECF User whose ID and password are being used to file this document pursuant to Local Rule 5-1(c)(1).  In compliance with Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.*

DATED: May 17, 2023

*/s/ Kristopher Kastens*
KRISTOPHER KASTENS (SBN 254797)

STIPULATION
CASE NO. 4:23-cv-02277-HSG; CASE NO. 3:23-cv-02335-TLT