UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ROSSI,<br><br>        Plaintiff,<br><br>    v.<br><br>GREG W. BECKER, et al.,<br><br>        Defendants. | Case No. 23-cv-02335-TLT<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Haywood S Gilliam, Jr. for consideration of whether the case is related to *Stevenson et al v. Becker et al.*, 4:23-cv-02277-HSG.

**IT IS SO ORDERED.**

Dated: June 22, 2023

                                                    _____
TRINA L. THOMPSON
United States District Judge