Daniel C. Girard (SBN 114826)
dgirard@girardsharp.com
Adam E. Polk (SBN 273000)
apolk@girardsharp.com
Sean Greene (SBN 328718)
sgreene@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiffs Kim Stevenson and Howard Tarlow*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KIM STEVENSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. BECKER, et al.,<br><br>Defendants. | Case No. 4:23-cv-02277-HSG<br><br>**STATUS REPORT REGARDING PETITION FOR PERMISSION TO APPEAL**<br><br>Courtroom: 2 – 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |
| STEPHEN ROSSI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. BECKER, et al.,<br><br>Defendants. | Case No. 4:23-cv-02335-HSG |

[Additional caption on following page]

STEPHEN ROSSI, et al.,

Plaintiffs,

v.

ANTHONY DECHELLIS, et al.,

Defendants.

Case No. 4:24-cv-01674-HSG

Pursuant to the Court's April 16, 2024 Minute Order (*see Stevenson* Dkt. No. 102; *Rossi I* Dkt. No. 75; *Rossi II* Dkt. No. 41), Plaintiffs Kim Stevenson, Howard Tarlow, and Stephen Rossi ("Plaintiffs"), and Defendants Gregory W. Becker, Daniel J. Beck, Karen Hon, Eric A. Benhamou, John S. Clendening, Richard D. Daniels, Alison Davis, Roger F. Dunbar, Joel P. Friedman, Jeffrey N. Maggioncalda, Beverly Kay Matthews, Mary J. Miller, Kate D. Mitchell, John F. Robinson, Garen K. Staglin, Benhamou Global Ventures, LLC, Fifth Era, LLC, Scale Venture Partners, KPMG LLP, Anthony DeChellis, Christopher Cooper, and Morgan Stanley & Co. LLC ("Defendants") hereby provide this Status Report Regarding Petition for Permission to Appeal.

## I. Background

Plaintiffs Stevenson, Tarlow, and Rossi filed three actions in Santa Clara County Superior Court:

- *Stevenson v. Becker, et al.* (filed April 10, 2023) ("*Stevenson*");
- *Rossi v. Becker, et al.* (filed April 14, 2023) ("*Rossi I*"); and
- *Rossi v. DeChellis, et al.* (filed February 15, 2024) ("*Rossi II*").

These three proposed class actions assert similar claims under the Securities Act of 1933, all arising out of the July 2021 stock-for-stock exchange through which SVB Financial Group acquired and merged with Boston Private Bank & Trust Company.

Defendants in each of the three actions removed the state cases to federal court. *Stevenson* and *Rossi I* were removed on May 10, 2023 and May 12, 2023, respectively. *Rossi II* was removed on March 18, 2024.

Plaintiffs moved to remand *Stevenson* and *Rossi I* on June 9, 2023, and June 12, 2023, respectively. After briefing and argument, the Court denied the motions to remand on March 28, 2024. *Stevenson* Dkt. No. 87; *Rossi I* Dkt. No. 60 ("Remand Order"). In denying the motions to remand, the Court directed the parties in *Stevenson* and *Rossi I* to meet and confer concerning certification of the Court's Remand Order for interlocutory appeal, and submit a stipulation and proposed certification order. Remand Order at 12.

On April 11, 2024, the Court approved the parties' stipulation and proposed order certifying the Remand Order for interlocutory appeal and staying the proceedings of *Stevenson* and *Rossi I* pending resolution of the interlocutory appeal. *Stevenson* Dkt. No. 93; *Rossi I* Dkt. No. 64.

On April 16, 2024, the Court approved the parties' stipulation and proposed order in the *Rossi II* proceedings (i) binding the parties to the outcome of the ultimate resolution of the Remand Order and (ii) staying the proceedings pending resolution of the interlocutory appeal. *Rossi II* Dkt. No. 39.

Also on April 16, 2024, the Court held a case management conference and directed the parties to submit a non-argumentative status report, providing an update on the status of the appeal every 180-days. *See Stevenson* Dkt. No. 102; *Rossi I* Dkt. No. 75; *Rossi II* Dkt. No. 41.

**II. Status of the Appeal**

On April 22, 2024, Plaintiffs filed their Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292(b). Appeal No. 24-2565, Dkt. Entry No. 1.1. On May 2, 2024, Defendants of *Stevenson* and *Rossi I* filed their Answer to the Petition. *See id.*, Dkt. Entry No. 4.1.

The Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292(b) remains under submission with the U.S. Court of Appeals for the Ninth Circuit.

Dated: October 7, 2024

Respectfully submitted,

By: /s/ *Adam E. Polk*
Daniel C. Girard (SBN 114826)
dgirard@girardsharp.com
Adam E. Polk (SBN 273000)
apolk@girardsharp.com
Sean Greene (SBN 328718)
sgreene@girardsharp.com
**GIRARD SHARP LLP**

601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiffs Kim Stevenson and Howard Tarlow*

Dated: October 7, 2024

By: */s/ David W. Hall*
David W. Hall (SBN 274921)
dhall@hallfirmltd.com
Armen Zohrabian (SBN 230492)
azohrabian@hallfirmltd.com
**THE HALL FIRM, LTD.**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Attorneys for Plaintiff Stephen Rossi*

Dated: October 7, 2024

By: */s/ Tim J. Perla*
MICHAEL G. BONGIORNO (appearance *pro hac vice*)
michael.bongiorno@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

TIMOTHY J. PERLA (appearance *pro hac vice*)
timothy.perla@wilmerhale.com
ERIKA M. SCHUTZMAN (appearance *pro hac vice*)
erika.schutzman@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. MUGMON (SBN 251958)
michael.mugmon@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001

*Counsel for Defendants Eric A. Benhamou, Richard D. Daniels, Alison Davis, Roger F. Dunbar, Joel P. Friedman, Jeffrey N. Maggioncalda, Beverly Kay Matthews, Mary J. Miller, Kate D. Mitchell, John F. Robinson, Garen K. Staglin, Benhamou Global Ventures, LLC, Fifth Era, LLC, and Scale Venture Partners*

Dated: October 7, 2024

By: */s/ Christopher W. Johnstone*

Christopher W. Johnstone (SBN 242152)
chris.johnstone@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6147
Facsimile: (650) 858-6100

Peter G. Neiman (*appearance pro hac vice*)
peter.neiman@wilmerhale.com
Jessica N. Djilani (*appearance pro hac vice*)
jessica.djilani@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Attorneys for Defendant Karen Hon*

Dated: October 7, 2024

By: */s/ James N. Kramer*

James N. Kramer (SBN 154709)
jkramer@orrick.com
Alexander K. Talarides (SBN 268068)
atalarides@orrick.com
**ORRICK HERRINGTON AND SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5900
Facsimile: (415) 773-5759

*Attorneys for Defendant Gregory W. Becker*

Dated: October 7, 2024

By: */s/ Jennifer S. Windom*

Jennifer S. Windom (appearance *pro hac vice*)
jwindom@kramerlevin.com
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
2000 K Street NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510

Kristopher Kastens (SBN 254797)
kkastens@kramerlevin.com
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Barry H. Berke (appearance *pro hac vice*)
bberke@kramerlevin.com
Darren A. Laverne (appearance *pro hac vice*)
dlaverne@kramerlevin.com
Daniel M. Ketani (appearance *pro hac vice*)
dketani@kramerlevin.com
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Defendant Daniel J. Beck*

Dated: October 7, 2024

By: */s/ Bruce G. Vanyo*
Richard H. Zelichov (CA SBN 193858)
richard.zelichov@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
Telephone: (310) 595-3180
Facsimile: (310) 595-3480

Bruce G. Vanyo (CA SBN 60134)
bruce@katten.com
Paul S. Yong (CA SBN 303164)
paul.yong@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2121 Avenue of the Stars
Los Angeles, CA 90067
Tel: (310) 788-4400

*Attorneys for Defendant John S. Clendening*

Dated: October 7, 2024

By: */s/ Lisa R. Bugni*
Lisa R. Bugni (SBN 323962)
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: lbugni@kslaw.com

*Attorneys for Defendant KPMG LLP*

Dated: October 7, 2024

By: */s/ Nicole L. Chessari*
NICOLE L. CHESSARI (SBN 259970)
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel.: 650.752.3100
Fax: 650.853.1038
Email: NChessari@goodwinlaw.com

JONATHAN ACKER SHAPIRO (SBN 257199)
**GOODWIN PROCTER LLP**
3 Embarcadero Center
San Francisco, CA 94111

Tel.: 415.733.6202
Fax: 415.276.3064
Email: JShapiro@goodwinlaw.com

ROBERT TIEFENBRUN (SBN 310975)
**GOODWIN PROCTER LLP**
601 South Figueroa Street, Suite 4100
Los Angeles, CA 90017
Tel.: 213.426.2500
Fax: 213.623.1673
Email: RTiefenbrun@goodwinlaw.com

*Attorneys for Defendant Christopher Cooper*

Dated: October 7, 2024

By: */s/ Andrew Levine*

Andrew Levine (SBN 278246)
**BRAUNHAGEY & BORDEN LLP**
747 Front St., 4th Floor
San Francisco, CA 94111
Tel.: 415.599.0210
Email: levine@braunhagey.com

Jason C. Rubinstein (appearance *pro hac vice*)
Michael S. Palmieri (appearance *pro hac vice*)
Dania Bardavid (appearance *pro hac vice*)
**FRIEDMAN KAPLAN SEIILER ADELMAN & ROBBINS LLP**
7 Times Square
New York, New York 10036
Tel: 212.833.1100
Email: jrubinstein@fklaw.com
mpalmieri@fklaw.com
dbardavid@fklaw.com

*Attorneys for Defendant Anthony DeChellis*

Dated: October 7, 2024

By: */s/ Daniel Lewis*

Adam Hakki (appearance *pro hac vice*)
Daniel Lewis (appearance *pro hac vice*)
Joshua Ebersole (appearance *pro hac vice*)
**ALLEN OVERY SHEARMAN STERLING US LLP**
599 Lexington Avenue
New York, NY 10022
Tel.: 212.848.4000

Fax: 212.848.7179
Email: adam.hakki@aoshearman.com
daniel.lewis@aoshearman.com
joshua.ebersole@aosheaman.com

Daniel H.R. Laguardia (SBN 314654)
**ALLEN OVERY SHEARMAN STERLING US LLP**
140 New Montgomery Street, 10th Floor
San Francisco, CA 94105-2997
Tel.: 415.616.1100
Fax: 415.616.1199
Email: daniel.laguardia@aoshearman.com

*Attorneys for Defendant Morgan Stanley & Co. LLC*

**ATTESTATION STATEMENT**

I, Adam E. Polk, am the ECF User whose identification and password are being used to file this document pursuant to Civil L.R. 5-1(i)(3). I attest under penalty of perjury that counsel has concurred in this filing.

Dated: October 7, 2024

*/s/ Adam E. Polk*
Adam E. Polk

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2024, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

*/s/ Adam E. Polk*
Adam E. Polk